**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID JOSEPH SHEEHAN, | : | |
| | : | Civil Action No. 09-5314 (RBK) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| MICHELLE R. RICCI, et al., | : | |
| | : | |
| Respondents. | : | **CLOSED** |

For the reasons set forth in the Opinion filed herewith,

IT IS on this __22nd__ day of __September__, 2010,

ORDERED that the Petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

s/Robert B. Kugler
Robert B. Kugler
United States District Judge